UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00019-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMES WILLIAM LEWIS JR,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant's Motion for Extension of Time to File Notice of Appeal and Notice of Appeal (#27). For cause, Defendant states that he misunderstood communications with counsel regarding appellate rights and thought an appeal would be timely filed. Having considered Defendant's motion and reviewed the pleadings, and it appearing that good cause has been shown, that Judgment was entered July 17, 2015, that Federal Rule of Appellate Procedure 4(b)(1)(A)(i) allows for the filing of a Notice of Appeal within 14 days of such date, and that Rule 4(b)(4) allows for extension of that deadline, before or after the time expires, by not more than 30 days, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Extension of Time to File Notice of Appeal (#27) is **GRANTED**, and Defendant's Notice of Appeal (#27), filed August 14, 2015, is hereby deemed timely filed.

Signed: August 18, 2015



Max O. Cogburn Jr
United States District Judge