UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-19-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES WILLIAM LEWIS, JR., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Pro Se Motion for Expert Witness and Pro Se Motion to Appoint Counsel. (Doc. Nos. 61, 62).

Defendant has filed both motions in relation to his motion previously filed for relief under Pro Se Motion to Reduce Sentence Pursuant to USSC Amendment 821. See (Doc. No. 46). The Court has already denied Defendant's motion. See (Doc. No. 52). Therefore, the two pending motions will be denied as moot.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Pro Se Motion for Expert Witness and Pro Se Motion to Appoint Counsel, (Doc. Nos. 61, 62), are both **DENIED**.

Signed: December 9, 2024



Max O. Cogburn Jr.
United States District Judge

-1-